UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARIF MADANI,<br><br>        Plaintiff,<br><br>v.<br><br>HIRERIGHT LLC,<br><br>        Defendant. | Case No. C25-1836-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT** |

**STIPULATED MOTION**

Plaintiff Arif Madani ("Madani") and Defendant HireRight LLC ("HireRight") stipulate and agree as follows:

(1) The deadline for HireRight to answer or otherwise respond to Madani's Complaint should be extended 21 days from October 15, 2025, to November 5, 2025; and

(2) Should HireRight file a Fed. R. Civ. P. 12 motion or file a pleading to which a responsive pleading is required, the deadline for Madani to file an opposition to HireRight's Fed. R. Civ. P. 12 motion or to file a responsive pleading to HireRight's pleading shall be extended 21 days from the date such opposition or responsive pleading would otherwise be due.

DATED: October 15, 2025

| | |
|---|---|
| **BAXTER & BAXTER, LLP** | **ARETE LAW GROUP PLLC** |
| By: */s/ Justin M. Baxter* <br> Justin M. Baxter, WSBA No. 39182 <br> 8835 SW Canyon Lane, Suite 130 <br> Portland, OR 97225 <br> Phone: (503) 297-9031 <br> justin@baxterlaw.com | By: */s/ Justin M. Baxter* <br> Jeremy E. Roller, WSBA No. 32021 <br> Lisa Herb, WSBA No. 23161 <br> 600 University Street, Suite 2420 <br> Seattle, WA 98101 <br> Phone: (206) 428-3250 <br> Fax:    (206) 428-3251 <br> jroller@aretelaw.com <br> lherb@aretelaw.com |
| **LAW OFFICE OF SARAELLEN HUTCHISON, PLLC** | *Attorneys for HireRight, LLC* |
| SaraEllen Hutchison, WSBA No. 36137 <br> Lisa Herb, WSBA No. 23161 <br> 1102 A ST STE 300 PMB 66 <br> Tacoma, WA 98402 <br> Phone: (206) 529-5195 <br> Fax:    (253) 302-8486 | |
| *Attorneys for Arif Madani* | |

## ORDER

IT IS SO ORDERED.

DATED this 31st day of October, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT - 2