THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

ARIF MADANI,

                    Plaintiff,

  vs.

HIRERIGHT LLC,

                    Defendant.

CASE NO. 2:25-cv-01836-RSM

**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**

Note on Motion Calendar:
March 10, 2026

## STIPULATED MOTION

Plaintiff ARIF MADANI ("Plaintiff"), by counsel, and Defendant HIRERIGHT LLC ("Defendant") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 11th day of March, 2026.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE
2:25-cv-01836-RSM

Telephone:    206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
Lisa M. Herb, WSBA 23161
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
jroller@aretelaw.com
lherb@aretelaw.com

*Attorneys for HireRight LLC*

## ORDER

IT IS ORDERED that all claims asserted herein are DISMISSED with prejudice and without costs to any party.

Dated this 11th day of March, 2026.

_____
The Hon. Ricardo S. Martinez
United States District Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE
2:25-cv-01836-RSM

Law Office of SaraEllen Hutchison, PLLC
1102 A ST STE 300 PMB 66 | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com